**1022**

UNITED STATES of America, Appellant, v. John W. LANDGRAF.

No. 9818.

United States Court of Appeals
Third Circuit.

Argued March 25, 1949.

Decided April 4, 1949.

Thomas E. Byrne, Jr., of Philadelphia, Pa. (Gerald A. Gleeson, U. S. Atty., Mark D. Alspach and Krusen, Evans & Shaw, all of Philadelphia, Pa., on the brief), for appellant.

Charles Lakatos, of Philadelphia, Pa. (Wilfred R. Lorry and Freedman, Landy & Lorry, all of Philadelphia, Pa., on the brief), for appellee.

Before MARIS, O'CONNELL, and KALODNER, Circuit Judges.

PER CURIAM.

The decree of the district court dismissing the libel of review will be affirmed for the reasons stated in the opinion filed by Judge Ganey, 84 F.Supp. 432.

Robert H. GAULDEN, Appellant, v. SOUTHERN PACIFIC COMPANY and Pacific Fruit Express Company, Appellees.

No. 12062.

United States Court of Appeals
Ninth Circuit.

June 14, 1949.

Daniel V. Ryan, Thomas C. Ryan, and Ryan & Ryan, San Francisco, Cal., for appellant.

Arthur B. Dunne and Dunne & Dunne, San Francisco, Cal., for appellees.

Before MATHEWS, HEALY, and POPE, Circuit Judges.

PER CURIAM.

The judgment is affirmed on the grounds and for the reasons stated in the opinion of the trial court, 78 F.Supp. 651.

Artie B. HARRIS, Appellant, v. WASHINGTON SHIRT COMPANY.

No. 13886.

United States Court of Appeals
Eighth Circuit.

May 7, 1949.

Gordon D. Schmidt, C. Earl Hovey and Inghram D. Hook, Kansas City, Mo., for Appellant.

Thomas E. Scofield, Kansas City, Mo., for Appellee.

PER CURIAM.

Appeal from District Court, 78 F.Supp. 667, dismissed for want of diligent prosecution, on motion of appellee.